In the Matter of RUSSELL A. FERRELL, SR., Respondent, v SUSAN L. FERRELL, Appellant. [922 NYS2d 218]—Appeal from an order of the Family Court, Steuben County (Peter C. Bradstreet, J.), entered March 4, 2010 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded custody of the subject children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.